UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 20-03347 JAK (JPRx) | Date | August 31, 2020 |
| Title | Scott Canty, et al. v. Providence Health System-Southern California, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| V.R. Vallery | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stephen Semos | Mary A. Haas<br>Antoinette D. Paglia<br>Scott Diamond |

**Proceedings:** (TELEPHONIC) PLAINTIFFS' MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT (DKT. #12)

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. Counsel address the Court regarding Plaintiffs' Motion to Remand Case to Los Angeles Superior Court (the "Motion" (Dkt. 12)). The Court states its tentative view that it would grant the Motion for the reasons stated on the record in that there was not consent of all defendants to removal when the action was removed.

Counsel for the American Red Cross ("Red Cross") and counsel for Central California Blood Center ("CCBC") represent that, since the completion of the briefing on the Motion, CCBC has consented to the removal of the action by Red Cross (the "Removal" (Dkt. 1)). Counsel for Red Cross states that under Ninth Circuit caselaw, this consent satisfies the consent of all other defendants requirement of the removal statute notwithstanding that it was provided after the removal. Counsel for Plaintiff is not familiar with the newly cited caselaw. The parties are directed to file supplemental briefing on this newly cited authority. Red Cross shall file its supplemental briefing no later than September 1, 2020. Plaintiffs shall respond no later than September 4, 2020. Each brief shall not exceed four pages. The Motion will be taken **UNDER SUBMISSION** upon the filing of the supplemental briefs.

**IT IS SO ORDERED.**

| | : | 18 |
|---|---|---|
| | Initials of Preparer | vrv |